IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| DIANNA L. BASINGER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-13-826-R |
| CAROLYN W. COLVIN, Commissioner of the Social Security Administration, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered August 20, 2014. Doc. No. 19. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and the decision of the Commissioner of Social Security Administration is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED this 11th day of September, 2014.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE